No. 79–6324. CEPEDA v. HENDERSON, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 79–6334. ATTWELL v. UNDERCOFLER, CHIEF JUSTICE, SUPREME COURT OF GEORGIA, ET AL. C. A. 5th Cir. Certiorari denied.

No. 79–6343. STOREY v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 79–6344. HEBERT v. SMITH, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 79–6389. DUNN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 79–6415. IRVIN v. CATALANO, JUDGE, ET AL. C. A. 6th Cir. Certiorari denied.

No. 79–6427. DOBSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–6428. BROADWAY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–6430. DECAMBRA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–6433. LEIB v. UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied.

No. 79–6435. HAWKINS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–6437. COLEMAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 79–6450. YOUNG v. BALTIMORE COUNTY BOARD OF EDUCATION ET AL. C. A. 4th Cir. Certiorari denied.